BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:09-CR-00412-LKK |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' ~~PROPOSED~~ ORDER IN SUPPORT OF MOTION UNDER FED. R. CRIM. P. 32.2(c)(1(B) FOR AN ORDER AUTHORIZING DISCOVERY |
| CHARLES MILLER HILKEY, JR., | Date: January 8, 2013<br>Time: 9:15 a.m.<br>Courtroom: 4, 15th Floor<br>501 I Street, Sacramento, CA<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

Before this Court is the United States' motion pursuant to Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure for an order authorizing the United States to conduct discovery in accordance with the Federal Rules of Civil Procedure. After having read and considered the motion, the Court finds as follows:

  a. The United States is authorized to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B) and the parties are permitted to meet-and-confer on available

///

///

1

deposition dates.  Further, the current ancillary hearing date is vacated pending the parties' filing of a joint status report on or before January 25, 2013.

IT IS SO ORDERED.

Dated: December 18, 2012

_____
LAWRENCE K. KARLTON
United States District Judge