BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MILLER HILKEY, JR.,<br><br>Defendant. | 2:09-CR-00412-LKK<br><br>ORDER REGARDING SCHEDULING OF THE ANCILLARY PROCEEDING |

On January 25, 2013, the United States' and Petitioner Joseph R. Titland filed a joint status report regarding the ancillary proceeding in the above-entitled case. In the status report, the United States and Petitioner proposed the following litigation schedule:

| Event | Timing |
|---|---|
| Discovery Cutoff | April 10, 2013 |
| Last Day to File Dispositive Motions | May 1, 2013 |
| Ancillary Hearing | First Week of June |

1

Order Regarding Scheduling of the Ancillary Proceeding

Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure provides that the Court may, before conducting a hearing on the petition, "permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is necessary or desirable to resolve factual issues."

With the Court's approval, the United States and Petitioner Titland request an order adopting the above litigation schedule. The parties further request the Court schedule the ancillary hearing on a date certain in the first week of June 2013, or as the Court deems appropriate.

Dated: 1/25/13                                    BENJAMIN B. WAGNER
                                                 United States Attorney


                                          By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney


Dated: 1/25/13                                   /s/ Richard J. Troberman
                                                 RICHARD J. TROBERMAN
                                                 Attorney for Petitioner Joseph R.
                                                 Titland
                                                 (Authorized by email)


## ORDER


The parties' stipulation is hereby adopted. The Ancillary Hearing is set for June 4, 2013 at 9:15 a.m.

IT IS SO ORDERED.

Dated:  January 30, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Order Regarding Scheduling of the Ancillary Proceeding