WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Charles Miller Hilkey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00412 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER EXONERATING BOND** |
| v. ) | **AS TO DEFENDANT HILKEY** |
| ) | |
| CHARLES MILLER HILKEY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Miller Hilkey, that the bond posted on October 21, 2009, to secure Mr. Hilkey's pretrial release may be exonerated and the following real property used to secure his bond, namely 3790 Cobleigh Road, Eagle Point, Oregon, may be reconveyed to the sureties.

    Mr. Hilkey is currently serving the 49-month sentence this Court imposed on January 23, 2013.

///

///

///

///

In light of the above, the parties agree that the bond may be exonerated and any liens on the property at 3790 Cobleigh Road, Eagle Point, Oregon, securing Mr. Hilkey's release may be removed.

Dated: February 5, 2013

Respectfully submitted,

/s/ William J. Portanova

_____

WILLIAM J. PORTANOVA
Attorney for Charles Miller Hilkey

Dated: February 5, 2013

/s/ Michael Beckwith

_____

MICHAEL BECKWITH
Assistant U.S. Attorney

## ORDER

The bond posted to secure the release of defendant Hilkey is exonerated. The Clerk of the Court shall immediately reconvey the property at 3790 Cobleigh Road, Eagle Point, Oregon, posted to secure Mr. Hilkey's release.

**IT IS SO ORDERED.**

**DATED: February 8, 2013**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT