BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:09-CR-00412-LKK |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DISCOVERY, MOTION, AND ANCILLARY HEARING DATES; ORDER THEREON |
| CHARLES MILLER HILKEY, JR., | |
| Defendant. | |

The United States of America and Petitioner Joseph R. Titland, by and through their undersigned attorneys, hereby stipulate:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. Subject to the Court's approval, the United States and Petitioner Titland propose to continue dates currently set for Discovery Cutoff (April 10); Dispositive Motions Cutoff (May 1) and the Ancillary Hearing Date (June 4, 2013), to June 15, July 15, and August 27, 2013, respectively, in order to allow the parties to coordinate this case's litigation schedule with a related civil *in rem* forfeiture involving the same exact

1

parties, same forfeiture theory and same fact witnesses. The civil *in rem* forfeiture case, Case 2:09-cv-03085-LKK-EFB, also involves the forfeiture of property in Nevada City that is alleged to have been involved in criminal defendant Charles Hilkey's marijuana trafficking. The parties are set to file a joint status report in the civil *in rem* case on May 6, 2013.

3. The proposed continuances are further necessary in light of the parties' need to obtain current appraisals of both defendant properties, which have been ordered and should be completed in the very near future. New appraisals were required because the original appraisals were done in 2009 and do not reflect the current market value of the properties, thus severely hindering the parties' efforts to resolve this matter without the need for a lengthy evidentiary hearing.

4. The proposed litigation schedule:

| Event | Old Dates | New Dates |
|---|---|---|
| Discovery Cutoff | April 10, 2013 | June 15, 2013 |
| Last Day to File Dispositive Motions | May 1, 2013 | July 15, 2013 |
| Ancillary Hearing | June 4, 2013 at 9:15 am | August 27, 2013 at 9:15 am |

Dated: 4/2/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/2/13

/s/ Richard J. Troberman
RICHARD J. TROBERMAN
Counsel for Petitioner Joseph Titland
(Authorized via email 4/2/13)

## ORDER

IT IS SO ORDERED.

Dated: April 3, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation to Continue Discovery, Motion, and
Ancillary Hearing Dates; Order Thereon