**VICTOR S. HALTOM**
**Attorney at Law**
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
*e-mail: vhaltom@aol.com*

Attorney for Defendant
**BRAM LEWIS**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:09-cr-00412 LKK** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXONERATING BOND** |
| BRAM LEWIS, | |
| Defendant. | |

On September 15, 2009, this court ordered Mr. Lewis release on a $50,000 unsecured bond. On July 16, 2010, Mr. Lewis filed an appearance bond for $50,000, unsecured with real property, but signed by Mr. Lewis and his two brothers, Joshua Nathaniel Lewis and Ethan Jonah Rohin Lewis.

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, United States Attorney Michael Beckwith, and defendant, Bram Lewis, by and through his counsel, Victor S. Haltom, agree and stipulate that defendant is currently in the custody of the Bureau of Prisons serving the sentence imposed by the court in this case.

Accordingly, the parties respectfully request that the bail bond posted to secure the release of the defendant in this case be exonerated.

IT IS SO STIPULATED

Dated: April 5, 2013                        /s/ Michael Beckwith
                                          MICHAEL BECKWITH
                                          Unites States Attorney

Dated: April 5, 2013                        /s/ Victor S. Haltom
                                          VICTOR S. HALTOM
                                          Attorney for Defendant
                                          BRAM LEWIS

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of the defendant be exonerated.

Dated: April 26, 2013

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT