BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00412-LKK |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE ANCILLARY HEARING DATE; ORDER THEREON |
| CHARLES MILLER HILKEY, JR., | Old Date: August 27, 2013 at 9:15 a.m. |
| Defendant. | New Date: October 16, 2013 at 9:15 a.m. |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Joseph R. Titland, Richard Troberman, respectfully request that the Court so order, that the ancillary hearing, currently scheduled for August 27, 2013 at 9:15 a.m., be continued until October 16, 2013 at 9:15 a.m. The continuance is requested to provide additional time for parties to complete ongoing settlement discussions.

///

///

///

1

Stipulation to Continue Discovery, Motion, and Ancillary Hearing Dates; Order Thereon

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be continued from August 27, 2013 at 9:15 a.m., until October 16, 2013 at 9:15 a.m.,

Dated: 8/22/2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/22/2013

/s/ Richard J. Troberman
RICHARD J. TROBERMAN
Counsel for Petitioner Joseph Titland
(Approved by email on 8/22/2013)

**ORDER**

IT IS SO ORDERED.

Dated: August 23, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT